# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-mj-00084 |
| JOHN JUSTIN MOORE | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 4/20/2022 |
| IAN ANDREW MCCOY | ) Description: COMPLAINT W/ ARREST WARRANT |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 20, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) | Possession with the Intent to Distribute More Than 50 grams of Methamphetamine. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Kelsey Minyon*

*Complainant's signature*

Kelsey Minyon, Special Agent

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: April 20, 2022

*Judge's signature*

City and state: Washington, D.C.     G. Michael Harvey, United States Magistrate Judge

*Printed name and title*